## ARTHUR E. SCOTT, JR., EXECUTOR (ESTATE OF BARBARA H. SCOTT) *v.* MARK M. HEINONEN

The defendant's petition for certification for appeal from the Appellate Court, 118 Conn. App. 577 (AC 30438), is denied.

*Francis G. Pennarola,* in support of the petition.

*John D. Tower,* in opposition.

Decided February 25, 2010

## STATE OF CONNECTICUT *v.* DEAN B. HOLLIDAY

The defendant's petition for certification for appeal from the Appellate Court, 118 Conn. App. 35 (AC 30482), is denied.

*Dean B. Holliday,* pro se, in support of the petition.

*Lisa A. Riggione,* senior assistant state's attorney, in opposition.

Decided February 25, 2010